UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – CHANGE OF PLEA**

| Case No. | LACR 20-00548(A)-VAP | | | | Date | November 29, 2021 | | |
|---|---|---|---|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | | | | | | |
| Interpreter | N/A | | | | | | | |
| Christine Chung *Deputy Clerk* | | | Maria Bustillos *Court Reporter* | | | Juan M. Rodriguez *Assistant U.S. Attorney* | | |
| **U.S.A. v. Defendant(s)** | Present | Custody | Bond | **Attorneys for Defendant(s)** | | Present | App. | Ret. |
| Ahmed Swissi | X | X | | Louis J. Shapiro | | X | | X |
| **Proceedings:** | ARRAIGNMENT AND CHANGE OF PLEA TO THE ONE-COUNT FIRST SUPERSEDING INFORMATION | | | | | | | |

Case called, and appearances made.

Defendant is arraigned and states his true name as charged. Defendant acknowledges receipt of a copy of the First Superseding Information and waives the reading thereof. The Court advises the Defendant of his rights.

A Waiver of Indictment is submitted, accepted by the Court and filed.

Defendant is sworn and states his true name as charged. Defendant moves to withdraw his previous plea of Not Guilty to the Indictment.

Defendant now enters a plea of GUILTY to the one-count First Superseding Information.

The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the U.S. Probation Office for investigation and report and continues the matter to **March 28, 2022 at 9:00 a.m.,** for sentencing.

The Court vacates the jury trial.

**Counsel are notified that Federal Rule of Criminal Procedure 32(f)(1) & (2) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing. Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

*cc:*     ***U.S. Probation Office***